**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Christopher Durant, | Case No. 07-CV-2053 (PAM/JSM) |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL** |
| Franklin National Bank of Minneapolis, CSC Credit Services, Inc., Tanner, Hamilton & Associates, and Michael G. Hamilton | |
| Defendants. | |

---

This matter came before the Court on the stipulation of the plaintiff and defendant CSC Credit Services, Inc. ("CSC"), to an order dismissing all of the plaintiff's claims in this case with prejudice and on the merits. Based on the stipulation between the plaintiff and CSC, and all the other files, records, and proceedings herein,

IT IS HEREBY ORDERED that the plaintiff's claims are hereby DISMISSED in their entirety, on the merits and with prejudice. The plaintiff and CSC shall each bear their own costs and attorneys' fees.

SO ORDERED.

Dated:   January 28, 2008               s/Paul A Magnuson
                                        Paul A. Magnuson, Judge
                                        United State District Court