**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.:  0:07-cv-02053-PAM-JSM**

| | |
|---|---|
| Christopher Durant,<br><br>　　　　　Plaintiff,<br><br>-vs-<br><br>Franklin National Bank of Minneapolis, CSC Credit Services, Inc., Tanner, Hamilton & Associates, and Michael G. Hamilton,<br><br>　　　　　Defendants. | **ORDER FOR DISMISSAL<br>WITHOUT PREJUDICE** |

　　　This matter is before the undersigned pursuant to the Stipulation for Dismissal without Prejudice submitted to the Court by and between Cross Claimant, Franklin National Bank of Minneapolis, and Cross Defendant, CSC Credit Services, Inc.  Based upon all of the records, files, proceedings, and stipulation herein:

　　　IT IS HEREBY ORDERED that the remaining claims in this action between Cross Claimant, Franklin National Bank of Minneapolis, and Cross Defendant, CSC Credit Services, Inc., be hereby dismissed without prejudice, and that no costs, disbursements, or attorneys' fees are awarded to either of the parties, or their respective legal counsel of record.

Dated: March   18  , 2008.　　　　　　　　 s/Paul A. Magnuson
　　　　　　　　　　　　　　　　　　　Honorable Paul A. Magnuson
　　　　　　　　　　　　　　　　　　　United States District Court Judge