**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.:  0:07-cv-02053-PAM-JSM**

Christopher Durant,

        Plaintiff,

-vs-

Franklin National Bank of Minneapolis, CSC Credit Services, Inc., Tanner, Hamilton & Associates, and Michael G. Hamilton,

        Defendants.

**ORDER FOR DISMISSAL**
**WITHOUT PREJUDICE**

This matter is before the undersigned pursuant to the Stipulation for Dismissal without Prejudice submitted to the Court by and between Plaintiff, Christopher Durant, and Defendant, Franklin National Bank of Minneapolis. Based upon all of the records, files, proceedings, and stipulation herein:

IT IS HEREBY ORDERED that the remaining claims in this action between Plaintiff, Christopher Durant, and Defendant, Franklin National Bank of Minneapolis,  be hereby dismissed without prejudice, and that no costs, disbursements, or attorneys' fees are awarded to either of the parties, or their respective legal counsel of record.

Dated: March  __18__ , 2008.       s/Paul A. Magnuson
                                      Honorable Paul A. Magnuson
                                      United States District Court Judge